FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

U.S. DISTRICT COURT
RECEIVED AND FILED
2017 FEB 15 P 3: 46

BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

Jonathan Michael Spinney )
[Enter above the full name of )
the plaintiff in this action] )
1) Chaz Lee Gray )
2) v. Christopher Lee Boulier ) Docket no.
 )
3) Linda Ann Golden )
4) Richard Robert Clukey )
5) William Edward Sheehan )
 )
6) Troy James Morton )
[Enter above the full name of )
the defendant(s) in this action] )

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ] No [ ✓ ]

    B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s) _____

            Defendant(s) _____

        2. Court [If federal court, name the district; if state court, name the county]

        3. Docket number _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement  Penobscot County Jail

   A. Is there a prisoner grievance procedure in this institution?
      Yes [ ✓ ]    No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes [ ✓ ]    No [ ]

   C. If your answer is "Yes"

      1. What steps did you take?  I filed 2 grievances and an appeal on grievance "review and action."

      2. What was the result?  Sent me to other county jails so I wouldn't have contact with officers involved. No further results.

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff  Jonathan Michael Spinney

   Address  Penobscot County Jail 85, hammond st Bangor ME, 04401

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant  Chaz Lee Gray

   Position  Corrections Officer

   Address  Penobscot County Jail 85 hammond st Bangor ME 04401

Christopher Lee Boulier - Sergeant

C. Additional Defendant(s) Linda Ann Golden - Assistant Administrato

Richard Robert Clukey - Jail Administrator / Captian

William Edward Sheehan - Chief Deputy

Troy James Morton - Sheriff

- All are employed at Penobscot County Jail 85 hammond St Bangor ME

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

See attached sheets under "facts".

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

See attached sheets under "relief".

Signature of Plaintiff

Signed this 4th day of November, 20 16

I declare under penalty of perjury that the foregoing is true and correct.

11-4-16
Date

Signature of Plaintiff

## Verification Of Complaint

I Jonathan Michael Spinney, swear under penalty of perjury that the contents of this document are true and correct.

Jonathan M. Spinney

*[signature]*

11-4-16

*[signature: Donna Fish]*
11-4-2016

Donna M. Fish
Notary Public • State of Maine
My Commission Expires: October 29, 2023

## Introduction

This is a civil rights action filed by Jonathan Michael Spinney, A county inmate.

For damage relief under 42 U.S.C 8 1983, Alleging excessive use of force and denial of medical care in violation of the Eighth Amendment of the United States Constitution, under the Cruel and Unusual Punishment Clause.

And in violation of the Fourteenth Amendment of the U.S Constitution, under The Due Process Clause. The Plaintiff also alleges the Torts of assault and battery and negligence.

## Jurisdiction

#1- The court has jurisdiction over the Plaintiffs claims of violation of Federal Constitutional Rights, under 42 U.S.C 1331 (1) and 1343

#2-The court has supplemental jurisdiction over the Plaintiffs State Law Tort claims under 28 U.S.C 8 1367

## Parties

#3- The Plaintiff, Jonathan M. Spinney was incarcerated at the Penobscot County Jail during the events described in this complaint

#4- Defendant Chaz Lee Gray is a Correctional Officer, employed at the Penobscot County Jail.

He is sued in his individual capacity.

#5- Defendant Christopher Lee Boulier is a Security Sargeant and Shift Supervisor at Penobscot County Jail, and is in charge of supervising and managing Security staff and inmates. He is sued on his individual capacity.

#6- Defendant Linda Ann Golden is a Lieutenant and Assistant Jail Administrator at the Penobscot County Jail, and is in charge of assisting in overseeing Security staff and inmates. She is sued in her individual and official capacity.

#7- Defendant Richard Robert Clukey is a captain and Jail Administrator at the Penobscot County Jail, and is responsible for managing and overseeing Security staff and inmates. He is sued in his individual and official capacity.

#8- Defendant William Edward Sheehan is the Chief Deputy of the Penobscot County Jail, and is responsible for managing all personnel in the Penobscot County Sheriffs Office. He is sued in his individual and Official capacity.

#9- Defendant Troy James Morton is the Sheriff of the Penobscot County Jail, and is in charge of all divisions of the Penobscot County Sheriffs Office. He is sued in his individual and official capacity.

#10- All the defendants have acted, and continue to act under color of state law at all times relevant to this complaint.

### Exhaustion of Administrative Remedies

#11-The Plaintiff has exhausted all available remedies through the jails Grievance and Appeal Process.

### Facts

#12- On June 19th, 2016 the Plaintiff was confronted in the c-pod upper tier dayroom by Defendant Chaz Lee Gray after Defendant Gray instructed the pod to "Lock up"

#13- Because the Plaintiff stopped to change the channel on the tv on his way to his cell, Defendant Gray stepped in front of Plaintiff, putting his face inches away from Plaintiffs face and began yelling in an aggressive Manner.

#14- The Plaintiff then turned and walked into his cell, trying to avoid confrontation, and to lock up as ordered.

#15- At this time Defendant Gray came to Plaintiffs cell door and said "You think your tough" and "You have worn out your welcome here in c-pod"

#16- The Plaintiff said "Your a clown" and began to close his cell door.

#17- Defendant Gray then grabbed the cell door and shoved it open, pushing Plaintiff backwards with the door.

#18-Defendant Gray then took a step back and called a "code 1000" over his radio.

#19- Without warning or justification, defendant Gray rushed into Plaintiffs cell, grabbing plaintiffs jumpsuit with one hand and close fist punched the Plaintiff in the left eye area of the face with other hand.

#20- Defendant Gray then grabbed Plaintiffs legs, pulling them out from under him and slamming Plaintiff to the floor face down.

#21- The Plaintiff, now lying face down on his stomach while Gray placed all of his weight on Plaintiffs back and started pulling Plaintiffs right arm past normal range of motion, causing excrutiating pain to the Plaintiffs right shoulder/ rotator cuff.

#22- Defendant Gray stated "You tough now?" as he continued to pull the plaintiffs arm past normal range of motion multiple times.

#23- During these events the Plaintiff did not resist or threaten Defendant Gray in any fashion, or break any jail rules.

#24- Defendant Boulier, Golden, Clukey Sheehan and Morton have been placed on notice of the abusive conduct of Defendant Gray by a number of incidents, reports, complaints and grievances over many months, but have failed to take disciplinary action against Gray, or to otherwise controlhis behavior.

#25- Defendant Gray has repeatedly engaged in excessive force that is unjustified and abusive against numerous inmates in the past.

#26- After the assault, The Plaintiff was taken to booking bathroom/change up room by Defendant Gray and other Officers.

#27 At this time Defendant Christopher Boulier who was acting as Shift Commander, walked into bathroom and asked the Plaintiff " what happend to your eye?" At this time Plaintiff responded " your officer punched me in the eye"

#28- Defendant Gray then went into a rage screaming "if someone doesnt shut him the fuck up, I will" while at the same time clenching his fists and flushing red.

#29- Defendant Boulier turned to defendant Gray and ordered Gray to "go"

And two other officers grabbed defendant Gray escorting him out of the bathroom while saying "its not worth it" to Defendant Gray.

#30- Defendant Gray filed a disciplinary write up against the Plaintiff after the assault.

#31- In the Incident Report section of the write up, Defendant Gray left out parts that would incriminate himself, while fabricating other parts, such as, the Plaintiff refused to leave his room when ordered and the Plaintiff squared off towards him.

#32- The Plaintiffs cellmate Christopher Cooney was present and witnessed the assault inflicted by Defendant Gray, and gave his statement to Detective Jordan of the Penobscot County Sheriffs Office, who as of now is still investigating the assault.

#33- Three other inmates came forward, that witnessed Defendant Gray confront the Plaintiff in the dayroom before the assault. Joseph Paul, Stephen Twist, and Jeremy Cruzado also gave their statements to Detective Jordan.

#34- Defendant Gray is a trained MMA, Mixed Martial Arts fighter and was actively training

during the time of the assault on the plaintiff.

#35- The Plaintiff was referred to a opthamologist after the assault, because of dark spots that were in his line of vision.

#36- After an eye exam, the Opthamologist determined that due to the force blow to the plaintiffs eye, damage was done to the rear lining of the eye. causing permanent dark spots called "floaters".

#37- The Plaintiff also received lacerations to his face as well as numerous bruises and abrasions to his face and arms from the assault.

#38- After the assault, the Plaintiff was placed in a holding cell with a bloody nose and bleeding and swollen lacerations on his face until the following day, when he was placed back in general population.

#39- The Plaintiff was denied medical care after the assault and was not seen by the jail infirmary until days after.

## Claims of Relief

#40- The actions of Defendant Gray in using physical force against the Plaintiff without justification by any legitimate Jail Management need, were maliciously and sadistically and constituted cruel and unusual punishment, in violation of the Eighth Amendment of The United States Constitution. And constituted Due Process Clause in violation of the Fourteenth Amendment of the United States Constitution.

#41- The actions of Defendant Gray is using physical force against the Plaintiff without justification by any legitimate Jail Management need constituted the Tort of assault and battery under the law of the state of Maine.

#42- The failure of Defendants Boulier, Golden, and Clukey to take disciplinary or other action to curb the known pattern of unjustified physical abuse by Defendant Gray constitutedd deliberate indifference to the Plaintiff and other inmates safety, and constituted to and proximately caused the above described violation to the Plaintiffs Eighth and Fourteenth Amendment Rights and Assault and Battery.

#43- The denial of medical care by Defendant Boulier constitutes the Tort of negligence under the law of the State of Maine, and violates the Plaintiffs rights under the Eighth Amendment of the United States Constitution.

#44- The failure of Defendant Clukey in his duty to maintain a system to monitor facility practices to insure compliance with written policies and procedures and Maine Doc Standards constituted deliberate indifference and gross negligence to the Plaintiffs and other inmates

safety. Defendant Clukeys inactions caused the Plaintiff to be subjected to violations of Constitutional Rights under the Eighth and Fourtennth Amendments of The United States Constitution, and Assault and Battery.

#45- The failure of Defendants Sheehan and Morton to create or to enforce Policies or customs, supervise, discipline or other action within their areas of responsibility to curb the known pattern of unjustified physical abuse of inmates by Defendant Gray constituted deliberate indifference to the Plaintiff and other inmates safety, creating a "moving force" that contributed to and proximately caused the above described violations of the Plaintiffs Eighth and Fourteenth Amendment Rights of The United Staes Constitution, and Assault and Battery.

### Relief

WHEREFORE, Plaintiff requests that the court grant the following relief:

A. Issue a Declaratory Judgement stating that:

1. The physical abuse of the Plaintiff by Defendant Gray violated the Plaintiffs rights under the Eighth and Fourteenth Amendments to The United States Constitution and constituted an Assault and Battery under state law.

2. Defendants Boulier, Golden, Clukey, Sheehan and Mortons failure to take action to curb the physical abuse of prisoners , violated the Plaintiffs rights under the Eighth and Fourteenth Amendment to The United States Constitution and constituted an Assault and Battery under state law.

3. Defendant Bouliers actions in failure to provide medical care forthe Plaintiff, violated the Plaintiffs rights under the Eighth Amendment to The United States Constitution, and constitutes the Tort of negligence under the law of Maine.

A. Award Compensatory Damages jointly and severally against:

1. Defendants Gray, Boulier, Golden, Clukey, Sheehan and Morton for the physical and emotional injuries sustained as a result of the Plaintiffs beating.

2. Defendant Boulier, for the physical and emotional injury resulting from his failure to provide medical care to the Plaintiff.

B. Award Punitive Damages against:

1. Defendants Gray, Boulier, Golden, Clukey, Sheehan and Morton separately, based on each

individuals actions or failure of action.

C. Grant such other relief as it may appear that Plaintiff is entitled.

11/21/2016

Respectfully Submitted

Jonathan M. Spinney

Maine State Prison
807 Cushing rd.
Warren, ME 04864-4600