UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JONATHAN M. SPINNEY,<br>            Plaintiff<br><br>v.<br><br>CHAZ GRAY, CHRISTOPHER BOULIER,<br>LINDA GOLDEN, RICHARD CLUKEY,<br>WILLIAM SHEEHAN, and TROY<br>MORTON,<br>            Defendants | Docket No. 1:17-cv-00061-NT |

### **DEFENDANTS CHRISTOPHER BOULIER, LINDA GOLDEN, RICHARD CLUKEY, WILLIAM SHEEHAN, AND TROY MORTON'S AFFIRMATIVE DEFENSES AND ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants, Christopher Boulier, Linda Golden, Richard Clukey, William Sheehan, and Troy Morton, through counsel, and hereby respond to the allegations contained in Plaintiff's Complaint as follows:

AFFIRMATIVE DEFENSES

A. Plaintiff's Complaint fails to state a cause of action against any of these Defendants upon which relief may be granted.

B. Plaintiff has failed to exhaust his administrative remedies, and his action against these Defendants is therefore barred.

C. These Defendants in their official capacity are immune from suit under state law.

D. These Defendants in their individual capacity are entitled to discretionary function immunity and/or intentional act immunity for any claims against them under state law.

E. These Defendants in their individual capacity are entitled to qualified immunity for any claims against them brought pursuant to 42 U.S.C. § 1983.

F. Plaintiff's damages were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

G. Plaintiff's damages were directly and proximately caused by a legally sufficient superceding/intervening cause.

H. Plaintiff has failed to mitigate his damages as required by law.

## Introduction

The allegations contained in the unnumbered paragraph denominated "Introduction" do not state allegations to which a response is required. To the extent that a response is required, these Defendants deny any liability to the Plaintiff.

## Jurisdiction

1. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response.

2. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response.

## Parties

3. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

4. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

5. These Defendants admit that Christopher Boulier holds the ranks of sergeant at the Penobscot County Jail, but is without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

6. These Defendants admit that Linda Golden holds the rank of lieutenant at the and is an Assistant Jail Administrator at the Penobscot County Jail , but is without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

7. These Defendants admit that Richard Clukey holds the rank of captain and is the Jail Administrator of the Penobscot County Jail, but is without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

8. These Defendants deny that Defendant William Sheehan is the Chief Deputy of the Penobscot County Jail but further and specifically aver that he is the Chief Deputy of the Penobscot County Sheriff's Office.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

9. These Defendants admit that Troy Morton is the Sheriff of Penobscot County, but deny that he is the Sheriff of the Penobscot County Jail.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

10. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Exhaustion of Administrative Remedies

11. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

### Facts

12. These Defendants admit that Defendant Gray had an interaction with Plaintiff on or about June 19, 2016, but is without sufficient knowledge or information so as to form a belief as to the truth of the remaining specific allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

13. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

14. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

15. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

16. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and

therefore deny same.

17. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

18. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

19. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

20. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

21. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

22. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

23. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

24. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

25. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

26. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

27. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

28. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

29. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

30. These Defendants admit that Defendant Gray filed a disciplinary write-up against the Plaintiff, but are without sufficient knowledge or information so as to form a belief as to the whether there was an assault as alleged in Paragraph 30 of Plaintiff's Complaint and therefore deny that allegation.

31. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

32. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

33. These Defendants admit that other inmates have provided information relevant to Plaintiff's allegations, but are without sufficient knowledge or information so as to form a belief as to the truth of the specific allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

34. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

35. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

36. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

37. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

38. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

39. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

## Claims of Relief

40. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

41. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

42. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

43. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

44. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

45. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

WHEREFORE, these Defendants pray for judgment in their favor and against Plaintiff on all counts of Plaintiff's Complaint, and additionally seek costs, interest, attorneys fees, and such other relief as the Court may deem to be just and equitable under the circumstances.

Dated:   May 8, 2017                                  /s/   Peter T. Marchesi
                                                      Peter T. Marchesi, Esq.

                                                      /s/   Cassandra S. Shaffer
                                                      Cassandra S. Shaffer, Esq.

                                                      Wheeler & Arey, P.A.
                                                      Attorneys for Defendants Boulier, Golden,
                                                      Clukey, Sheehan and Morton
                                                      27 Temple Street, P.O. Box 376
                                                      Waterville, ME   04903-0376

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JONATHAN M. SPINNEY, )<br>          Plaintiff )<br>)<br>v. )<br>)<br>CHAZ GRAY, CHRISTOPHER BOULIER, )<br>LINDA GOLDEN, RICHARD CLUKEY, )<br>WILLIAM SHEEHAN, and TROY )<br>MORTON, )<br>          Defendants )<br>) | Docket No.   1:17-cv-00061-NT |

CERTIFICATE OF SERVICE

    I, Peter T. Marchesi, Esq., attorney for Defendants Boulier, Golden, Clukey, Sheehan and Morton, hereby certify that:

●     Defendants Christopher Boulier, Linda Golden, Richard Clukey, William Sheehan, and Troy Morton's Affirmative Defenses and Answer to Plaintiff's Complaint

has/have been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

      None

    Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

      Jonathan Spinney
      Penobscot County Jail
      85 Hammond Street
      Bangor, ME   04401

Dated: May 8, 2017                                     /s/   Peter T. Marchesi
                                                                      Peter T. Marchesi, Esq.
                                                                      Attorney for Defendants
                                                                      Wheeler & Arey, P.A.
                                                                      27 Temple Street, P.O. Box 376
                                                                      Waterville, ME   04903-0376