# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN MICHAEL SPINNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Docket no. 1:17-cv-061-NT<br>CHAZ LEE GRAY, et al., )<br>)<br>Defendants )<br>)<br>) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 31, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the Defendants' Motion to Dismiss. (ECF No. 24). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Defendants' Motion to Dismiss is **GRANTED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 28th day of February, 2018.